**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 735 |
| | : | |
| APPOINTMENT TO THE CIVIL | : | CIVIL PROCEDURAL RULES DOCKET |
| PROCEDURAL RULES COMMITTEE | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of June, 2022, Kimberly A. Brown, Esquire, Allegheny County, is hereby appointed as a member of the Civil Procedural Rules Committee for a term of six years, commencing July 1, 2022.